**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Henry Richard HALE, Defendant–**
**Appellant.**

**No. 09–16356**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 2, 2010.

Randolph P. Murrell, Chet Kaufman, Federal Public Defender, Tallahassee, FL, Randall Lockhart, Federal Public Defender, Pensacola, FL, for Defendant–Appellant.

E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before TJOFLAT, CARNES and WILSON, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Henry Richard Hale in this direct criminal appeal has moved to withdraw from further representation of the appellant, because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hale's convictions and sentences are

**AFFIRMED.**